UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARK WOOD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:02-cv-1450-RLY-VSS |
| | ) | |
| MARION COUNTY SHERIFF, | ) | |
|     Defendant. | ) | |

**ENTRY ON PLAINTIFF'S MOTION TO RECONSIDER REMITTITUR**

This matter is before the court on Plaintiff's Motion to Reconsider the court's June 21, 2005 Order granting Defendant's Motion for New Trial or to Alter or Amend Judgment. A motion to reconsider requires the moving party to direct the court's attention to either newly discovered material evidence or to a manifest error of law or fact. *Neal v. Newspaper Holdings, Inc.*, 349 F.3d 363, 368 (7th Cir. 2003); *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000). This motion is not the appropriate vehicle for "rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." *Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1270 (7th Cir. 1996) (citing *In Re Oil Spill*, 794 F.Supp. 261, 267 (N.D.Ill. 1992), *aff'd*, 4 F.3d 997 (7th Cir. 1993)).

Upon review of the record, the parties' briefing on the present motion, and the relevant law, the court finds no manifest error in its conclusion that either remittitur or a new trial is appropriate in this case. However, the court will take this opportunity to

1

clarify its order: if Plaintiff opts for a new trial instead of $50,000 in damages, that trial will be limited to the issue of damages. Plaintiff has already established the merits of his case. *See generally*, June 21, 2005 Order; *see also, e.g.*, *Int'l Financial Servs. Corp. v. Chromas Techs. Canada, Inc.*, 356 F.3d 731, 739 (7th Cir. 2004) (court has authority to grant Plaintiff choice between remittitur and new trial on damages) (citing *Pincus v. Pabst Brewing Co.*, 893 F.2d 1544, 1556 (7th Cir. 1990) (same)).

Accordingly, Plaintiff's Motion to Reconsider Remittitur is **denied**.

Dated: August 3, 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

David Robert Brimm
dbrimm@wapleshanger.com

Allison Wells Gritton
agritton@indygov.org

Robin M. Lybolt
rlybolt@indygov.org

Anthony W. Overholt
aoverhol@indygov.org

Suzannah Wilson Overholt
soverhol@indygov.org

Richard A. Waples
richwaples@aol.com